IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00099-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**5. YUNIOR HERNANDEZ MARTINEZ**,

    Defendant.

## MOTION FOR NON-GUIDELINE SENTENCE

**COMES NOW Yunior Hernandez Martinez,** by and through counsel, Jeralyn E. Merritt, and respectfully moves the Court for the entry of an Order imposing a sentence below the advisory guideline range as calculated by the parties and Probation, **AND AS GROUNDS THEREFOR**, states as follows:

    1.  On February 22, 2019, Mr. Hernandez-Martinez pleaded guilty to a one count Information charging manufacture of 50 or more marijuana plants, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). The Information also contains a Forfeiture Notice (Doc. 178)

    2.  In their Plea Agreement, the parties calculated Mr. Hernandez Martinez' advisory sentencing guideline range to be 6 to 12 months, based on a total offense level of 10 and a criminal history category of I. (Doc. 181). The Presentence Report concurs with these calculations. (PSR, ¶ 104).

3. The Presentence Report recommends a variant sentence to two years of probation with no supervised release, no fine, and 200 hours of community service. (Doc. 196-1, at R-1).

4. Mr. Hernandez Martinez concurs with the sentence recommendation in the Presentence Report. Upon information and belief, and as stated orally by the Government at the Change of Plea Hearing, the Government concurs that a sentence to probation is appropriate in this case.

5. Mr. Hernandez Martinez has fully accepted responsibility for his criminal conduct in this matter. He has not sought to minimize it.

6. Based upon the factors in 18 U.S.C. 3553(a), and for the reasons set forth in the Presentence Report, Mr. Hernandez Martinez respectfully submits that a sentence of probation is sufficient, but not greater than necessary, to satisfy the goals of sentencing. He further submits that a sentence of probation will not minimize the seriousness of the offense, compromise the deterrent value of the punishment or fail to protect the public.

7. Mr. Hernandez Martinez is 44 years old. He is married with an 11 month old daughter. He has the equivalent of a 9th grade education. He has no legal training. Unfortunately, he did not seek legal advice prior to embarking on a project to cultivate marijuana. He broke the law.   However, his remorse is sincere and it is unlikely that now aware of the law, he would violate it in the future.

**WHEREFORE**, Defendant Hernandez Martinez requests that the Court grant the relief sought above, and any other and further relief the Court deems just and proper in the premises.

Respectfully Submitted,

s/ Jeralyn E. Merritt
_____
JERALYN E. MERRITT, Esq.
600 17th Street, Suite 2800-S
Denver, Colorado 80202
(303) 837-1837 (Phone)
(720) 904-9197 (Fax)
[Jeralynm@gmail.com](mailto:Jeralynm@gmail.com) (email)
Attorney for Yunior Hernandez Martinez

## CERTIFICATE OF SERVICE (CM/ECF)

**I hereby certify** that on April 10 2019, I electronically filed the foregoing *MOTION FOR NON-GUIDELINE SENTENCE* with the Clerk of Court using the ECF system which will send notification of such filing to the email addresses of all counsel of record

s/ Jeralyn E. Merritt
_____